## STATE OF CONNECTICUT *v.* JUAN FERNANDO RAMIREZ

The defendant's cross petition for certification for appeal from the Appellate Court, 79 Conn. App. 572 (AC 22582), is denied.

KATZ, J., did not participate in the consideration or decision of this cross petition.

*John R. Gulash, Jr.*, in support of the cross petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided December 8, 2003

## STATE OF CONNECTICUT *v.* JUAN FERNANDO RAMIREZ

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 79 Conn. App. 572 (AC 22582), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*James A. Killen*, senior assistant state's attorney, in support of the petition.

*John R. Gulash, Jr.*, in opposition.

Decided December 8, 2003

## STATE OF CONNECTICUT *v.* DERRICK TROY SHIPP

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 427 (AC 23007), is denied.

*Derrick Troy Shipp*, pro se, in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided December 8, 2003

## NANCY BURTON *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 79 Conn. App. 364 (AC 23132), is denied.

*Nancy Burton,* pro se, in support of the petition.

*Michael P. Bowler,* assistant bar counsel, in opposition.

Decided December 8, 2003

## DEY, SMITH AND COLLIER, LLC *v.* ANITA F. STEENSON

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 831 (AC 23732), is denied.

*Barbara M. Schellenberg* and *Vincent M. Marino,* in support of the petition.

*John-Henry M. Steele,* in opposition.

Decided December 8, 2003

## STATE OF CONNECTICUT *v.* DAVID PALMER

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 70 (AC 22712), is denied.